NAVID SOLEYMANI, SBN 219190
    e-mail:  soleymani@ymsllp.com
NAVID YADEGAR, SBN 205315
    e-mail:  navid@ymsllp.com
YADEGAR, MINOOFAR & SOLEYMANI LLP
1801 Avenue of the Stars, Suite 1005
Los Angeles, CA  90067-3206
Telephone:   (310) 499-0140
Facsimile:    (888) 667-9576

*Attorneys for Edmon's Unique Furniture & Stone Gallery Inc.*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDMON'S UNIQUE FURNITURE & STONE GALLERY INC. <br><br> Plaintiff, <br><br> v. <br><br> AFPI, INC. DBA ARCHITECTURAL PRODUCTS; SOCAL FIREPLACE MANTELS & CONSTRUCTION, INC.; HERMAN BERGER; LAWRENCE STUDIOS, INC.; LARRY BAZZARRINI; DOES 1-25, INCLUSIVE. <br><br> Defendants. | Case No.  CV14-6163 CAS (RZx) <br><br> [PROPOSED] ORDER TO DISMISS CLAIMS WITH PREJUDICE |

1    Upon consideration of the Stipulation between Plaintiff Edmon's Unique

2 Furniture & Stone Gallery Inc. and Defendants AFPI, Inc. dba Architectural

3 Products, SoCal Fireplace Mantels & Construction, Inc., and Herman Berger, and

4 good cause appearing, this case is DISMISSED WITH PREJUDICE.

5

6 DATED:  January 27, 2016

7

8

9    Honorable Christina A. Snyder

10    United States District Judge